# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

February 15, 2006

FEB 1 5 2006

GREGORY C. LANGHAM
CLERK

Mr. Gregory C. Langham
Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589


Mr. E. Ronald Beeks
Box 459
Evergreen, CO 80439

Mr. Jonathan A. Cross
Cross, Sands & Sares
400 S. Colorado Blvd.
#900
Denver, CO 80246

Mr. Charles W. Westby
Cross, Sands & Sares
400 S. Colorado Blvd.
#900
Denver, CO 80246

Sean James Lane
Cross, Sands & Sares
400 S. Colorado Blvd.
#900
Denver, CO 80246

    Re:    04-1458, Gates v. Sharp
              Dist/Ag docket:  CIV-03-1009 CB (OES)

Dear Counsel:

    The court filed an order today dismissing this case.  A copy of the order is enclosed for all parties.

    Also enclosed for the district court clerk or for the named agency, is a certified copy of the dismissal order which is issued as the mandate of the court.  Please file it in the records of the district court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: /s/ Deputy Clerk

clk:jmm

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

JOHN R. GATES,

    Plaintiff - Appellant,

v.

CARL SHARP, individually and as former deputy sheriff of Park County, Colorado; FRED WEGENER, individually and in his official capacity as sheriff of Park County, Colorado,

    Defendants - Appellees.

No. 04-1458

A true copy
Teste

Elisabeth A. Shumaker
Clerk, U.S. Court of
Appeals, Tenth Circuit
By _____
Deputy Clerk

---

ORDER

Filed February 15, 2006

---

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1.

A certified copy of this order shall stand as and for the mandate of this court.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: _____
Deputy Clerk