IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 03-WY-1009CB (OES)

JOHN R. GATES,

    Plaintiff,

vs.

CARL SHARP, former deputy sheriff of Park County, Colorado, in his official and individual capacities,

    Defendant.

## MOTION TO RENEW BILL OF COSTS, PURSUANT TO FED.R.CIV.P. 54

Defendant, Carl Sharp, by and through his attorneys, Jonathan A. Cross and Sean J. Lane of Cross & Liechty, P.C., hereby renews his request for costs in this matter, pursuant to FED.R.CIV.P. 54.  As grounds therefor, Defendant states as follows:

1.    Pursuant to D.C.COLO.LCivR 7.1, undersigned counsel conferred with counsel for Plaintiff by telephone on February 23, 2006, regarding this Motion and counsel for Plaintiff objects to the relief requested herein.

2.    Judgment in this matter was entered on behalf of Defendant on all claims on September 27, 2004.

3.    Defendant timely filed his Bill of Costs on October 18, 2004.  Defendant filed his Certificate of Compliance Pursuant to Rule 54.1 on October 22, 2004.

4.    Plaintiff filed his Notice of Appeal in this matter on October 27, 2004.

5.    Defendant's Bill of Costs has, to date, not been ruled upon by the Court.

6. On February 16, 2006, the United States Court of Appeals for the Tenth Circuit dismissed the appeal in this matter for lack of prosecution, pursuant to 10th Cir. R. 42.1.

WHEREFORE, Defendant respectfully requests that this Court grant Defendant's Bill of Costs in the amount of $23,780.29.

Respectfully submitted this 23rd day of February, 2006.

By: s/    Jonathan A. Cross
Jonathan A. Cross
Sean J. Lane
CROSS & LIECHTY, P.C.
400 So. Colorado Blvd., Suite 900
Denver, Colorado 80246
Tel: (303) 333-4122
Email: Jcross@Crossliechty.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2006, a true and correct copy of the above and foregoing **MOTION TO RENEW BILL OF COSTS, PURSUANT TO FED.R.CIV.P. 54** was, unless otherwise indicated, sent to each of the following by depositing same in the U.S. Mail, postage prepaid and properly addressed:

E. Ronald Beeks, Esq.
Box 459
Evergreen, Colorado 80437
(Via Electronic Filing)

                                                                        s/   Linda L. DeVico