| CROSS, SANDS & SARES, P.C. | | | 4279 |
|---|---|---|---|
| | | Renata Showers | 4/8/2004 |
| 4279 | | | |
| 4/6/2004 | Park/Gates | Witness Fee | 71.29 |

71.29

---

**CROSS, SANDS & SARES, P.C.**
400 S. COLORADO BLVD., #900
GLENDALE, CO 80246
303-333-4122

BANK ONE, COLORADO, N.A.
DENVER, CO 80202
WWW.BANKONE.COM
23-101/1020

**4279**

Seventy-One & 29/100 Dollars

**DATE** 4/8/2004    **AMOUNT** $ 71.29

PAY TO THE ORDER OF: Renata Showers

AUTHORIZED SIGNATURE

⑈004279⑈ ⑆102001017⑆ 11929087371⑈

---

| GS, SANDS & SARES, P.C. | | | 4279 |
|---|---|---|---|
| | | Renata Showers | |
| } | | | 71.29 |
| '004 | Park/Gates | Witness Fee | |



ASER CHECK 49104   REORDER FROM SBT FORMS   CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-258-2132   USE WITH COMPATIBLE ENVELOPE 772511   B