4263

103.00

CROSS, SANDS & SARES, P.C.

4263
4/6/2004

Park/Gates

Mark Hancock

Witness Fee

103.00

USE WITH COMPATIBLE ENVELOPE 772511

CALL TOLL FREE 1-800-SBT-FORM     FAX 1-800-258-2132

LASER CHECK 49104     REORDER FROM SBT FORMS

B

0015

DEFENDANT'S
EXHIBIT