CROSS, SANDS & SARES, P.C.

4265
4/6/2004    Park/Gates

William Fikejs

Witness Fee

4265
103.00

103.00

LASER CHECK 49104   REORDER FROM SBT FORMS   CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-256-2132   USE WITH COMPATIBLE ENVELOPE 772511

DEFENDANT'S EXHIBIT