| CROSS, SANDS & SARES, P.C. | | 4267 |
|---|---|---|
| 4267 | Park/Gates | |
| 4/6/2004 | | |
| | Dean Morgan | |
| | Witness Fee | 103.00 |
| | | 103.00 |