CROSS, SANDS & SARES, P.C.

4274

Robert Neville                                                                 4/8/2004

4274

4/6/2004        Park/Gates                         Witness Fee                                         81.99

81.99

---

**CROSS, SANDS & SARES, P.C.**
400 S. COLORADO BLVD., #900
GLENDALE, CO 80246
303-333-4122

BANK ONE, COLORADO, N.A.
DENVER, CO 80202
WWW.BANKONE.COM
23-101/1020

4274

Eighty-One & 99/100 Dollars

**DATE**       4/8/2004            **AMOUNT**   $ 81.99

PAY TO THE
ORDER OF:

Robert Neville
50601 U.S. Highway 285
Bailey, CO 80241

AUTHORIZED SIGNATURE

⑈00427⑈  ⑆102001017⑆  119290873 7⑈

---

S, SANDS & SARES, P.C.

4274

Robert Neville

:004       Park/Gates                         Witness Fee                                         81.99

DEFENDANT'S
EXHIBIT

9

LASER CHECK 49104   REORDER FROM SBT FORMS   CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-258-2132   USE WITH COMPATIBLE ENVELOPE 772511   B