CROSS, SANDS & SARES, P.C.

4278

4278
4/6/2004          Park/Gates

Dave Thorson

Witness Fee

103.00

103.00

LASER CHECK 49104    REORDER FROM SBT FORMS    CALL TOLL FREE 1-800-SBT-FORM    FAX 1-800-258-2102    USE WITH COMPATIBLE ENVELOPE 772611

B

0030

