| CROSS, SANDS & SARES, P.C. | | | 4280 |
|---|---|---|---|
| | Rebecca Ferguson | | 4/8/2004 |
| 4/6/2004 | Park/Gates | Witness Fee | 40.00 |

40.00

---

**CROSS, SANDS & SARES, P.C.**
400 S. COLORADO BLVD., #900
GLENDALE, CO 80246
303-333-4122

BANK ONE, COLORADO, N.A.
DENVER, CO 80202
WWW.BANKONE.COM
23-101/1020

**4280**

Forty & No/100 Dollars

| DATE | AMOUNT |
|---|---|
| 4/8/2004 | $ 40.00 |

TO THE ORDER OF:

Rebecca Ferguson
2133 Santa Clara St.
Portales, NM 88130

*Jan P Sands*
AUTHORIZED SIGNATURE

⑆004280⑆ ⑈102001017⑈ 119290873⑈

---

| OSS, SANDS & SARES, P.C. | | | 4280 |
|---|---|---|---|
| | Rebecca Ferguson | | |
| 80 | | | |
| 3/2004 | Park/Gates | Witness Fee | 40.00 |

LASER CHECK 49104  REORDER FROM SBT FORMS  CALL TOLL FREE 1-800-SBT-FORM  FAX 1-800-258-2132  USE WITH COMPATIBLE ENVELOPE 772511  B



DEFENDANT'S EXHIBIT