CROSS, SANDS & SARES, P.C.

4388

5/17/2004  Park/Gates  Jeff Davis  Mileage/witness fee  4388  78.31

78.31

LASER CHECK 49104   REORDER FROM SBT FORMS   CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-258-2132   USE WITH COMPATIBLE ENVELOPE 77251

0140