CROSS, SANDS & SARES, P.C.     4429

Dan Anderson     5/25/2004

4429

| 5/25/2004 | Park/Gates | Witness fee | 40.00 |

40.00

---

**CROSS, SANDS & SARES, P.C.**
400 S. COLORADO BLVD., #900
GLENDALE, CO 80246
303-333-4122

BANK ONE, COLORADO, N.A.
DENVER, CO 80202
WWW.BANKONE.COM
23-101/1020

**4429**

Forty & No/100 Dollars

**DATE** 5/25/2004     **AMOUNT** $ 40.00

PAY TO THE ORDER OF: Dan Anderson

_AUTHORIZED SIGNATURE_    MP

⑈004429⑈ ⑆102001017⑆ 119290873 7⑈

---

CROSS, SANDS & SARES, P.C.     4429

Dan Anderson

4429

| 5/25/2004 | Park/Gates | Witness fee | 40.00 |

40.00

DEFENDANT'S EXHIBIT W

LASER CHECK 49104   REORDER FROM SBT FORMS   CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-258-2132   USE WITH COMPATIBLE ENVELOPE 772511   B

0181