# TQ³ NAVIGANT
**TRAVEL SOLUTIONS**

For:     DANIEL W ANDERSON PARKS/GATES                              September 1, 2004

To:      NAVIGANT INTERNATIONAL
         10731 E EASTER AVE STE 100
         ENGLEWOOD CO Z/80112
         ATTN:LINDA

Sales Person:    31002

Locator:    QB095I

Customer Number:    3070010001

## Wednesday September 15, 2004



Frontier Airlines                          Flight Number: 4218 Coach Class E
Depart: Spokane, WA                  11:25AM September 15, 2004
Arrive: Denver, CO                    02:30PM September 15, 2004
Total Flight Time:                  2 Hours 5 Minutes  Non-Stop
Equipment: CR7                          Meal Service: None
Status: Confirmed                     Confirmation Number: VVNVFM

Reserved Seat: ANDERSON/DANIEL W  10B
OPERATED BY FRONTIER JETEXPRESS HORIZON AIR
AISLE SEAT CONFIRMED

## Thursday September 16, 2004

Frontier Airlines                          Flight Number: 4308 Coach Class E
Depart: Denver, CO                    09:10PM September 16, 2004
Arrive: Spokane, WA                  10:25PM September 16, 2004
Total Flight Time:                  2 Hours 15 Minutes  Non-Stop
Equipment: CR7                          Meal Service: None
Status: Confirmed                     Confirmation Number: VVNVFM

Reserved Seat: ANDERSON/DANIEL W  14D
OPERATED BY FRONTIER JETEXPRESS HORIZON AIR
AISLE SEAT CONFIRMED


DEFENDANT'S EXHIBIT