| Name | Invoice / Ticket | Base | Tax1 | Tax2 | Tax3 | Total |
|------|------------------|------|------|------|------|-------|
| ANDERSON/DANIE | 4221211154376 | | | | | 218.19 |
| ANDERSON/DANIE | 8909522286090 | | | | | 35.00 |

FOP BAxxxxxxxxxxx11995#02/05

Total Amount: 253.19

**FOR RESERVATION ASSISTANCE MON-FRI 7A-6P MTN TIME**
**\*\*DENVER LOCAL NBR: 720-568-4732 TOLL FREE: 800-523-2642\*\***
**AFTER HOURS \*\* EMERGENCY ONLY\*\* 800-469-3939 \*MEMBERSHIP NBR:DX2**
**--------NON-REFUNDABLE TICKET ALERT---------**
**YOUR ITINERARY INCLUDES A NON-REFUNDABLE TICKET.**
**CHANGES MAY BE SUBJECT TO RESTRICTIONS AND PENALTIES.**
**-------------------------------------------**
**FOR THE MOST CURRENT INFORMATION ON AIRPORT**
**SECURITY PLEASE CHECK WWW.TSA.DOT.GOV**
**FLIGHT CONFIRMATION FOR YOUR FRONTIER AIRLINES E TICKET IS VVNVFM**
**NAVIGANT INTL ROCKY MOUNTAIN APPRECIATES YOUR BUSINESS**
**\*\*\*-13-CAROL\*\*\***
**YOUR SERVICE FEE REFERENCE NUMBER IS 8909522286090**

**Notes:**
**-------------------------------------------**
**WE MUST BE NOTIFIED OF ANY DISCREPANCIES IN YOUR**
**ITINERARY WITHIN 24 HOURS OF BOOKING YOUR RESERVATION**
**-------------------------------------------**
**THIS HAS BEEN ISSUED**

