Lunch @ court

QUIZNOS #188
999 18TH STREET
DENVER, CO 80202

OrderId:
12060258000017277432
Authorization#: 505334
Reference#: 00000054

XXXXXXXXXX1003
CREDIT CHARGE - AMERICANEXPRESS
Date: 2004-09-16 12:16:27

Sales Total.                        $6.85

CUSTOMER COPY

$1 spent = 1 QPoint
20 QPoints = Free Small Fountain
Drink and Chips
40 QPoints = Free Small Sub
60 QPoints = Free Small Sub, Regular
Fountain Drink, and Chips

Thank Q!

If you have questions about your QCard,
visit www.quiznos.com or
call 1-866-4-TOASTED.

---

Parking

Spokane International Airport
Garage / Outside Parking

Rcpt# 3882
09/15/04 22:53   L# 6 A# 1   Txn# 10623
09/15/04 09:53 In   09/16/04 22:53 Out
Tkt# 281726
GARAGE              $ 17.00
Total Fee           $ 17.00
AMEX CARD           $ 17.00-
XXXXXXXXXXXX1003 12/04
Approval No.: 520883
Reference No.: 94719
Change Due          $ 0.00

Thank You
Come Again

---

Lunch Airport

CA ONE SERVICES INC.
* Denver International Airport *
** Colorado Trails **

CHECK:    5236
TABLE:    11/1
SERVER:   3008 KRISTINE N
DATE:     SEP18'04   6:21PM
CARD TYPE: Amex
ACCT #:   XXXXXXXXXXXX1003
EXP DATE: XX/XX
AUTH CODE: 529550
          DANIEL ANDERSON

TOTAL:         11.85

          TIP  $  3.00

          TOTAL $ 14.85

          SIGNATURE
SIGN ONE COPY AND RETURN
***   THANK YOU   ***

DEFENDANT'S EXHIBIT