

# Holiday Inn
## SELECT

| Daniel Anderson | | |
|---|---|---|
| US | Membership No. | |
| | A/R Number | |
| | Group Code | |
| | Folio/Invoice No. | 99610 |

| | | | |
|---|---|---|---|
| Room No | 908 | Page No. | 1 of 1 |
| Arrival | 15-SEP-04 | Cashier No. | 26 |
| Departure | 16-SEP-04 | User ID | NATHAN |

www.hiselect.com/dencherrycrk

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 15-SEP-04 | Front Range Grill/Room Service Food | #908 : CHECK # 926 | 30.10 | |
| 15-SEP-04 | Olives Martini Bar - Beverage Alcohol | #908 : CHECK #1487 | 28.00 | |
| 15-SEP-04 | In-Room Movie | #908 : VIDEO MOVIE | 13.44 | |
| 15-SEP-04 | Room Rate Accomodations | | 109.00 | |
| 15-SEP-04 | Sales Tax | | 4.03 | |
| 15-SEP-04 | Occupancy Tax | | 10.63 | |
| 16-SEP-04 | Front Range Grill/Room Service Food | #908 : CHECK #1009 | 8.41 | |
| 16-SEP-04 | American Express | XXXXXXXXXX1003 | | 203.61 |
| | | Total | 203.61 | 203.61 |
| | | Balance | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part of the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Select Denver - Cherry Creek
455 South Colorado Blvd
Denver, CO 80246
Telephone: (303) 388-5561  Fax: (303) 388-0059

