CROSS, SANDS & SARES, P.C.

| | | | |
|---|---|---|---|
| 4526 | | | 4526 |
| 6/23/2004 | Park/Gates | LD 062304 | 50.30 |
| | | Brian Spery | |
| | | mileage/witness fees | |
| | | | 50.30 |

50.30

LASER CHECK 49104   REORDER FROM SBT FORMS   CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-256-2132   USE WITH COMPATIBLE ENVELOPE 772511   B