| | | | | 4582 |
|---|---|---|---|---|
| | | Maria Mitchell | | 7/14/2004 |
| 4582 | | | | |
| 7/12/2004 | Park/Gates | LD 071204 | Mileage/Witness Fee | 103.00 |

103.00

---

**CROSS, SANDS & SARES, P.C.**
400 S. COLORADO BLVD., #900
GLENDALE, CO 80246
303-333-4122

BANK ONE, COLORADO, N.A.
DENVER, CO 80202
WWW.BANKONE.COM
23-101/1020

**4582**

One Hundred Three & No/100 Dollars

| DATE | AMOUNT |
|---|---|
| 7/14/2004 | $ 103.00 |

PAY TO THE ORDER OF:
Maria Mitchell
Sheriff's Office
P.O. Box 27
Fairplay CO 80440

AUTHORIZED SIGNATURE

⑈⑈004582⑈⑈  ⑈⑈102001017⑈⑈  119290873⑈⑈

---

CROSS, SANDS & SARES, P.C.

| | | | Maria Mitchell | | 4582 |
|---|---|---|---|---|---|
| 4582 | | | | | |
| 7/12/2004 | Park/Gates | LD 071204 | Mileage/Witness Fee | | 103.00 |



103.00

LASER CHECK 49104   REORDER FROM SBT FORMS   CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-258-2132   USE WITH COMPATIBLE ENVELOPE 772511   B

**EXHIBIT A**

|  | **PRINTING COSTS FOR NECESSARY DOCUMENTS: at cost pursuant to 28 USC §1920(4)** |  |
|---|---|---|
| **Date** | **Notes** | **Price** |
| 10/30/03 | Transcripts and Discovery from Plaintiff | $130.00 |
| 11/6/03 | Color photographs - reduction | $19.54 |
| 12/19/03 | Color photographs | $44.04 |
| 1/15/04 | Color photographs | $18.63 |

**Total for printing costs for necessary documents: $212.21**

$82.21