& SARES, P.C. 3784

| | | E. Ronald Beeks, Esq. | 11/12/2003 |

| 10/30/2003 | Park/Gates | Transcripts | 130.00 |

130.00

---

**CROSS, SANDS & SARES, P.C.**
400 S. COLORADO BLVD., #900
GLENDALE, CO 80246
303-333-4122

BANK ONE, COLORADO, N.A.
DENVER, CO 80202
WWW.BANKONE.COM
23-101/1020

**3784**

One Hundred Thirty & No/100 Dollars

DATE 11/12/2003     AMOUNT $ 130.00

TO THE ORDER OF: E. Ronald Beeks, Esq.
Box 459
Evergreen, CO 80437

AUTHORIZED SIGNATURE

⑈003784⑈ ⑆102001017⑆ 119290873⑈

---

CROSS, SANDS & SARES, P.C.   3784

E. Ronald Beeks, Esq.

3784
10/30/2003   Park/Gates   Transcripts   130.00

130.00

LASER CHECK 49104   REORDER FROM SBT FORMS   CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-258-2132   USE WITH COMPATIBLE ENVELOPE 772511   B

DEFENDANT'S EXHIBIT
A-1
03-WY-1009 CB (985)