

**keyOp**
DOCUMENT SUPPORT
SCANNING SOLUTIONS

6740 E. HAMPDEN AVE., STE. 202
DENVER, CO  80224
303-756-5488

# INVOICE

| INVOICED BY | DATE | INVOICE # |
|---|---|---|
| MWP | 11/6/2003 | 18304 |

**BILL TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

**SHIP TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

| CLIENT REF # | TERMS | JOB NUMBER | CLIENT NAME |
|---|---|---|---|
| Park?gates | Net 30 | Nov03-073 | Carley |

| DESCRIPTION | PAGES HANDLED | PRICE | AMOUNT |
|---|---|---|---|
| Color 8.5X 11 Copying | 11 | 0.99 | 10.89 |
| Reductions square foot : (Copying) | 6 | 0.89 | 5.34 |
| Color 11X17 Copying | 1 | 2.00 | 2.00 |
| State & City Sales Tax | | 7.20% | 1.31 |

DEFENDANT'S EXHIBIT
A-2
03-WY-1009 CB(OES)

*Carley, thank you for choosing keyOp!*

Total    $19.54

**Federal Tax ID Number: 84-1472834**



WWW.KEYOP.COM

