3773

19.54

...S & SARES, P.C.
Document Support

11/6/2003 Park/Gates 18304 Color copies 19.54

LASER CHECK 49104  REORDER FROM SBT FORMS  CALL TOLL FREE 1-800-SBT-FORM  FAX 1-800-258-2132  USE WITH COMPATIBLE ENVELOPE 772511

19.54