

6740 E. HAMPDEN AVE., STE. 202
DENVER, CO 80224
303-756-5488

# INVOICE

| INVOICED BY | DATE | INVOICE # |
|---|---|---|
| GB | 12/19/2003 | 18933 |

**BILL TO**

Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

**SHIP TO**

Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

| CLIENT REF # | TERMS | JOB NUMBER | CLIENT NAME |
|---|---|---|---|
| PARK/GATES | Net 30 | dEC03-287 | Carley |

| DESCRIPTION | PAGES HANDLED | PRICE | AMOUNT |
|---|---|---|---|
| COLOR 8.5x11- 2 Set Discount | 52 | 0.79 | 41.08 |
| State & City Sales Tax | | 7.20% | 2.96 |

*Carley, thank you for choosing keyOp!*

**Total** $44.04

**Federal Tax ID Number: 84-1472834**



WWW.KEYOP.COM



DEFENDANT'S EXHIBIT A-4