&amp; SARES, P.C.

3904

ument Support

1/5/2004

/2003        Park/Gates        18933        Color copies                    44.04

44.04

```
                                                                                        3904
CROSS, SANDS & SARES, P.C.           BANK ONE, COLORADO, N.A.
     400 S. COLORADO BLVD. #900           DENVER, CO 80202
        GLENDALE, CO 80246                WWW.BANKONE.COM
           303-333-4122                      23-101/1020


Forty-Four & 04/100 Dollars                  DATE              AMOUNT

                                           1/5/2004           $ 44.04

PAY TO THE    KeyOp Document Support
ORDER OF:

        6740 E. Hampden Ave., Suite 202
        Denver, CO 80224
                                                    AUTHORIZED SIGNATURE

        ⑈003904⑈ ⑆102001017⑆  119290873 7⑈
```

CROSS, SANDS & SARES, P.C.                                                   3904

KeyOp Document Support
3904
12/19/2003    Park/Gates    18933        Color copies                        44.04

44.04

LASER CHECK 49104   REORDER FROM SBT FORMS   CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-258-2132   USE WITH COMPATIBLE ENVELOPE 772511    B



DEFENDANT'S EXHIBIT A-5