

**keyOp**
**DOCUMENT SUPPORT**
**SCANNING SOLUTIONS**

6740 E. HAMPDEN AVE., STE. 202
DENVER, CO  80224
303-756-5488

# INVOICE

| INVOICED BY | DATE | INVOICE # |
|---|---|---|
| DLZ | 1/15/2004 | 19176 |

**BILL TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

**SHIP TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

| CLIENT REF # | TERMS | JOB NUMBER | CLIENT NAME |
|---|---|---|---|
| PARK/GATES | Net 30 | JAN04-171 | CARLEY |

| DESCRIPTION | PAGES HANDLED | PRICE | AMOUNT |
|---|---|---|---|
| COLOR 8.5x11- 2 Set Discount | 22 | 0.79 | 17.38 |
| State & City Sales Tax | | 7.20% | 1.25 |

Carley, thank you for choosing keyOp!

**Total** $18.63

**Federal Tax ID Number: 84-1472834**



WWW.KEYOP.COM



DEFENDANT'S EXHIBIT
A-6
03-WY-1009CB-OES