3962

18.63

Color copies

19176

..., & SARES, P.C.
...p Document Support
3962
1/15/2004    Park/Gates

18.63

LASER CHECK 49104 · REORDER FROM S&T FORMS    CALL TOLL FREE 1-800-SET-FORM    FAX 1-800-258-2132

USE WITH COMPATIBLE ENVELOPE 772511

B

DEFENDANT'S EXHIBIT

**EXHIBIT B**

|  | **COPIES OF PAPERS USED AT TRIAL:** <br> **at cost pursuant to 28 USC §1920(4)** |  |  |
|---|---|---|---|
| **Date** | **Notes** | **Price** | **Trial Exhibit** |
| 11/3/03 | Audio tape duplication – Dispatch Tape | $8.58 | D |
| 11/3/03 | Color photographs | $26.63 | C |
| 11/5/03 | Color photographs | $28.85 | C |
| 11/14/03 | Medical records – Denver Injury | $16.26 | U |
| 11/17/03 | Medical records – Salida Hospital Dist. | $14.00 | U-3 |
| 11/18/03 | Medical records – Conifer Family Medicine | $14.37 | U-1 |
| 11/24/03 | Medical records – Denver Injury | $15.45 | U |
| 11/24/03 | Medical records – St. Anthony's Central | $15.33 | U-2 |
| 1/1/04 | Medical records – Advanced Eye Care | $20.00 | U-4 |
| 6/24/04 | Audio Tape Duplication | $26.37 | D |
| 6/25/04 | Color photocopies | $15.92 | E |
| 6/27/04 | Criminal discovery packet | $88.25 | I |
| 6/30/04 | Copies of all documents to be used in trial, including original criminal trial transcript. Distributed to Court and Plaintiff's counsel. | $699.90 | D-1, F, G, I, J-1, K, L, M, S |
| 7/21/04 | Color copies of photographs to be used at trial, including demonstrative boards. | $932.75 | A, B, C, E |

**Total for documents used at trial: $1,922.66**

1,827.25