

**keyOp**
DOCUMENT SUPPORT
SCANNING SOLUTIONS

6740 E. HAMPDEN AVE., STE. 202
DENVER, CO 80224
303-756-5488

# INVOICE

| INVOICED BY | DATE | INVOICE # |
|---|---|---|
| DLZ | 9/10/2004 | 23571 |

**BILL TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

**SHIP TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

| CLIENT REF # | TERMS | JOB NUMBER | CLIENT NAME |
|---|---|---|---|
| Park Gates | Net 30 | Sep04-144 | Linda |

| DESCRIPTION | PAGES HANDLED | PRICE | AMOUNT |
|---|---|---|---|
| Audio tape duplication (per side) | 1 | 8.00 | 8.00 |
| State & City Sales Tax | | 7.20% | 0.58 |

*Linda, thank you for your business!*

**Total** $8.58

Federal Tax ID Number: 84-1472834



WWW.KEYOP.COM



DEFENDANT'S EXHIBIT