

6740 E. HAMPDEN AVE., STE. 202
DENVER, CO   80224
303-756-5488

# INVOICE

| INVOICED BY | DATE | INVOICE # |
|---|---|---|
| MWP | 11/3/2003 | 18255 |

**BILL TO**

Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

**SHIP TO**

Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

| CLIENT REF # | TERMS | JOB NUMBER | CLIENT NAME |
|---|---|---|---|
| PARK/GATES | Net 30 | NOV03-10 | CARLEY |

| DESCRIPTION | PAGES HANDLED | PRICE | AMOUNT |
|---|---|---|---|
| Color 8.5X 11 Copying | 36 | 0.69 | 24.84 |
| State & City Sales Tax | | 7.20% | 1.79 |

*Carley, thank you for choosing keyOp!*

**Total** $26.63

**Federal Tax ID Number: 84-1472834**



WWW.KEYOP.COM



DEFENDANT'S EXHIBIT
B-2
03-WY-1009 CB/OES