

6740 E. HAMPDEN AVE., STE. 202
DENVER, CO 80224
303-756-5488

# INVOICE

| INVOICED BY | DATE | INVOICE # |
|---|---|---|
| MWP | 11/5/2003 | 18296 |

**BILL TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

**SHIP TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

| CLIENT REF # | TERMS | JOB NUMBER | CLIENT NAME |
|---|---|---|---|
| Park/Gates | Net 30 | Nov-03-061 | Carley |

| DESCRIPTION | PAGES HANDLED | PRICE | AMOUNT |
|---|---|---|---|
| Color 8.5x11 - 3+ Set Discount | 39 | 0.69 | 26.91 |
| State & City Sales Tax | | 7.20% | 1.94 |

*Carley, thank you for choosing keyOp!*

*Total*     $28.85

**Federal Tax ID Number: 84-1472834**


WWW.KEYOP.COM




DEFENDANT'S EXHIBIT