3771

28.85

& SARES, P.C.
ument Support

11/5/2003   Park/Gates   18296   Color copies

28.85

LASER CHECK 49104   REORDER FROM SBT FORMS   CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-258-2132   USE WITH COMPATIBLE ENVELOPE 772511