

# Confidential Copiers, Inc

(303)436-7546 Fax (303)436-7546
3545 S Platte River Dr. Unit C
Sheridan, CO 80110

# Invoice

| Date | Invoice # |
|---|---|
| 11/11/2003 | H33575 |

| Bill To | Ship To |
|---|---|
| Cross, Sands & Sares, PC<br>400 S. Colorado Blvd., Suite 900<br>Denver, CO 80246 | Cross, Sands & Sares, PC<br>400 S. Colorado Blvd., Suite 900<br>Denver, CO 80246<br><br>RECEIVED<br>NOV 1 3 2003 |

| Customer ID | Patient Name | Terms |
|---|---|---|
| CROSAND02 | Gates, John | Net 15 |

| ROI # | Claim or File # | Ship Date | Due Date |
|---|---|---|---|
| 37235 | | 11/11/2003 | 11/26/2003 |

| QTY | ITEM | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | PERSONAL INJU | 10/$14.00 | 14.00 | 14.00 |
| 1 | 11-40 | $.50 per page fee for 11-40 pages | 0.50 | 0.50 |
|   | 019 | Shipping & Handling | 1.76 | 1.76 |
| 11 | TOTAL PAGES | Total number of Pages<br>Requester: Carley D. Cross | 0.00 | 0.00 |

| | Total | $16.26 |
|---|---|---|

*WE ACCEPT MASTERCARD & VISA*
*Please return a copy of this invoice with your payment, Thank you.*
*If payment is not received within 75 days, a $10.00 late fee will be applied. Final Notice: If payment is not received within 175 days, your bill will be turned over to a collection agency. We reserve the right to charge a $20.00 fee on all returned checks.*
*Tax ID #84-1301464 RECORDS REQUESTED FROM DENVER HEALTH*


DEFENDANT'S EXHIBIT