CROSS, SANDS & SARES, P.C.
Confidential Copiers, Inc.
3811
11/14/2003     Park/Gates                     Medical records                                      3811
                                                                                                   11/14/2003
                                                                                                   16.26

---

**CROSS, SANDS & SARES, P.C.**
400 S. COLORADO BLVD., #900
GLENDALE, CO 80246
303-333-4122

BANK ONE, COLORADO, N.A.
DENVER, CO 80202
WWW.BANKONE.COM
23-101/1020

3811

Sixteen & 26/100 Dollars

DATE  11/14/2003        AMOUNT  $ 16.26

TO THE
ORDER OF:
Confidential Copiers, Inc.
3545 So. Platte River Dr., Unit C
Sheridan, CO 80110

AUTHORIZED SIGNATURE

⑈003811⑈ ⑆102001017⑆: 119290873 7⑈

---

CROSS, SANDS & SARES, P.C.                                                                         3811
Confidential Copiers, Inc.
3811
11/14/2003     Park/Gates                     Medical records                                      16.26

16.26

LASER CHECK 49104  REORDER FROM SBT FORMS    CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-258-2132   USE WITH COMPATIBLE ENVELOPE 772511     B


DEFENDANT'S EXHIBIT