

**HEART OF THE ROCKIES REGIONAL MEDICAL CENTER**
Salida Hospital District

SALIDA HOSPITAL DISTRICT
448 EAST FIRST STREET
P.O. BOX 429
SALIDA, COLORADO 81201-0429

RECEIVED
NOV 17 2003

NAME / ADDRESS: Cross, Sands & Saires, P.C.

STATEMENT DATE: 11-12-03
GUARANTOR NUMBER: GATES
AMOUNT OF STATEMENT: $14.00

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.**
**TO USE VISA, DISCOVER, OR MASTERCARD SEE REVERSE SIDE.**

PLEASE RETURN THE TOP PORTION WITH YOUR REMITTANCE

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11-12-03 | Medical records for John Gates | $14.00 |

PLEASE REMIT TO:
**SALIDA HOSPITAL DISTRICT**
P.O. Box 429, Salida, Colorado 81201-0429   (719) 539-6661
FEIN 84-0631509

$14.00
PLEASE PAY THIS AMOUNT

DEFENDANT'S EXHIBIT