...DS & SARES, P.C.

3817

...alida Hospital District
3817

11/20/2003

| 11/17/2003 | Park/Gates | Medical records | 14.00 |

14.00

---

**CROSS, SANDS & SARES, P.C.**
400 S. COLORADO BLVD., #900
GLENDALE, CO 80246
303-333-4122

BANK ONE, COLORADO, N.A.
DENVER, CO 80202
WWW.BANKONE.COM
23-101/1020

**3817**

Fourteen & No/100 Dollars

**DATE** 11/20/2003     **AMOUNT** $ 14.00

PAY TO THE ORDER OF:
Salida Hospital District
448 E. 1st St.
P. O. Box 429
Salida, CO 81201-0429

AUTHORIZED SIGNATURE

⑈003817⑈ ⑆102001017⑆ 119290873 7⑈

---

CROSS, SANDS & SARES, P.C.
Salida Hospital District
3817
11/17/2003    Park/Gates    Medical records    14.00

3817

14.00

DEFENDANT'S EXHIBIT B-2

LASER CHECK 49104   REORDER FROM SBT FORMS   CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-258-2132   USE WITH COMPATIBLE ENVELOPE 772511   B