# INVOICE

**Smart Document Solutions, LLC**
P.O. Box 1812
Alpharetta, GA 30023-1812
Fed Tax ID 58 - 2659941
770-754-6000

| Date | Invoice # |
|---|---|
| 11/17/2003 | 0018549593 |

**Bill to:**
CARLEY D CROSS
CROSS SANDS AND SARES
400 S COLORADO BLVD
STE 900
DENVER, CO 80246

**Ship to:**
CARLEY D CROSS
CROSS SANDS AND SARES
400 S COLORADO BLVD
STE 900
DENVER, CO 80246

RECEIVED
NOV 21 2003

**Records from:**
CONIFER MOUNTAIN FAMILY PRACT
10791 KITTY DRIVE
STE A
CONIFER, CO 80433

**Requested By:** CROSS SANDS AND SARES
**Patient Name:** GATES JOHN R
**SSN:** 522637095
**DOB:** 030682

| Description | Quantity | Price Per | Amount |
|---|---|---|---|
| Basic Fee | | | 14.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 2 | 0.00 | 0.00 |
| Shipping/Handling | | | 0.37 |
| Subtotal | | | 14.37 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 14.37 |
| Balance Due | | | 14.37 |

-----------------------✂-----------------------

# Return stub with payment.

Please include invoice number on check.
To pay by credit card, please call 770-754-6000.

0018549593
Check # _3847_

Payment Amount $ _14.37_

DEFENDANT'S EXHIBIT