CROSS, SANDS & SARES, P.C.

3847

Smart Document Solutions, LLC
3847

11/25/2003

| 11/24/2003 | Park/Gates | Medical records | 14.37 |
|---|---|---|---|

14.37

---

**CROSS, SANDS & SARES, P.C.**
400 S. COLORADO BLVD., #900
GLENDALE, CO 80246
303-333-4122

BANK ONE, COLORADO, N.A.
DENVER, CO 80202
WWW.BANKONE.COM
23-101/1020

3847

Fourteen & 37/100 Dollars

**DATE** 11/25/2003     **AMOUNT** $ 14.37

PAY TO THE ORDER OF: Smart Document Solutions, LLC

P. O. Box 1812
Alpharetta, GA 30005-9901

AUTHORIZED SIGNATURE

⑆003847⑆ ⑈10200⑈1017⑉: 119290873⑆

---

CROSS, SANDS & SARES, P.C.                                                                3847

Smart Document Solutions, LLC
3847
11/24/2003    Park/Gates                     Medical records                              14.37

14.37

LASER CHECK 49104    REORDER FROM SBT FORMS    CALL TOLL FREE 1-800-SBT-FORM    FAX 1-800-258-2132    USE WITH COMPATIBLE ENVELOPE 772511    B

DEFENDANT'S EXHIBIT