

# Confidential CopiersInc

3545 S Platte River Dr, Unit C
Sheridan, CO 80110
(303)761-7205 Fax (303)761-7776

# Invoice

| Date | Invoice # |
|---|---|
| 11/21/2003 | 212643 |

| Bill To | Ship To |
|---|---|
| Cross, Sands & Sares, PC<br>400 S Colorado Blvd, Ste 900<br>Denver, CO  80246 | Cross, Sands & Sares, PC<br>400 S Colorado Blvd, Ste 900<br>Denver, CO  80246  RECEIVED  NOV 2 4 2003 |

| Customer ID | Patient Name | Terms |
|---|---|---|
| CROSANDDE02 | Gates, John | Net 15 |

| Scanned By | Claim or File # | Scanned Date | Due Date |
|---|---|---|---|
| ms | 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 | 11/20/2003 | 12/6/2003 |

| QTY | ITEM | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | PERSONAL INJU | 10/$14.00 | 14.00 | 14.00 |
| 1 | 009 | Shipping & Handling | 1.45 | 1.45 |
| 4 | TOTAL | Total Pages<br>Requester: Carley Cross<br>Requested from: Denver Injury Evaluation and Treatment Center<br>DENINJ10 | 0.00 | 0.00 |

|  | Total | $15.45 |
|---|---|---|

**DEFENDANT'S EXHIBIT**

WE NOW ACCEPT MASTER CARD & VISA
Please return a copy of this invoice with your payment, Thank You.
Tax ID 84-1301464
If payment is not received within 75 days a $10.00 late fee will be applied.
Final Notice if payment is not received within 175 days your bill will be turned over to a collections agency.
We reserve the right to charge a $20.00 fee on all returned checks.