CROSS, SANDS & SARES, P.C.     3841

Confidential Copiers, Inc.
3841

11/24/2003     Park/Gates     Medical records     11/25/2003     15.45

15.45

---

**CROSS, SANDS & SARES, P.C.**     3841
400 S. COLORADO BLVD., #900
GLENDALE, CO 80246
303-333-4122

BANK ONE, COLORADO, N.A.
DENVER, CO 80202
WWW.BANKONE.COM
23-101/1020

Fifteen & 45/100 Dollars

DATE: 11/25/2003     AMOUNT: $ 15.45

PAY TO THE ORDER OF: Confidential Copiers, Inc.
3545 So. Platte River Dr., Unit C
Sheridan, CO 80110

AUTHORIZED SIGNATURE

⑇003841⑇ ⑆102001017⑆ 119290873⑇

---

CROSS, SANDS & SARES, P.C.     3841

Confidential Copiers, Inc.
3841
11/24/2003     Park/Gates     Medical records     15.45

15.45

LASER CHECK 49104    REORDER FROM SBT FORMS    CALL TOLL FREE 1-800-SBT-FORM    FAX 1-800-258-2132    USE WITH COMPATIBLE ENVELOPE 772511



DEFENDANT'S EXHIBIT