

# INVOICE

PO Box 50148
Bellevue, WA 98015-0148
Phone (425) 462-7771
Fax     (425) 462-7773

Invoice: 639101
Date: 11/14/2003

RECEIVED
NOV 18 2003
0.83

Terms:
Due Date:   Net   10
11/24/2003

Ship To:

CROSS SANDS & SARES
400 S COLORADO BLVD
STE 900
DENVER, CO  80246-

Bill To:

CROSS SANDS & SARES
400 S COLORADO BLVD
STE 900
DENVER, CO  80246

Attention: CARLEY D CROSS

Records of:
Records From: GATES, JOHN
ST. ANTHONY CENTRAL HOSPITAL

Account #: 92840
Claim/File No:
Social Security: 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
Date of Birth: 03/06/1982

| Description: | Quantity | Unit Price | Extension: |
|---|---|---|---|
| Basic Fee For 1st 10 Pages | 1.00 | $ 14.00 | $ 14.00 |
| Copy Charge After 10 Pages | 1.00 | $ 0.50 | $ 0.50 |

| | | |
|---|---|---|
| Shipping | $ | 0.83 |
| Total | $ | 15.33 |
| Sales Tax | $ | 0.00 ( 0.00 %) |
| Grand Total | $ | 15.33 |
| Payments | | 0.00 |
| Amount Due | | **$15.33** |

**PLEASE NOTE:** This information has been disclosed to you from records that may be protected by state and federal confidentiality (42 CFR, Part 2). The federal rules prohibit you from making any further disclosure of protected information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or is otherwise permitted by 42 CFR, Part 2.

---

Please detach this payment stub and send with remittance to the address below:

Your Payment Must Reference an Invoice Number to be Properly Applied

Make Payment to:

**Secure Health Information**
PO Box 50148
Bellevue, WA 98015-0148

Tax I.D. No. 91-1948801

**Invoice No:** 639101
Amount Due: **$15.33**

Amount Paid  $15.33

Check No.  3822