CROSS, SANDS & SARES, P.C.  3822

Secure Health Information  11/20/2003
3822
11/18/2003   Park/Gates                Medical records                                   15.33



CROSS, SANDS & SARES, P.C.  3822
Secure Health Information
3822
11/18/2003   Park/Gates                Medical records                                   15.33

15.33

LASER CHECK 49104   REORDER FROM SBT FORMS   CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-258-2132   USE WITH COMPATIBLE ENVELOPE 772511    B

