Advanced EyeCare at Conifer

10791 Kitty Dr., Suite B
PO Box 1209
Conifer, CO 80433

# Invoice

| Date | Invoice # |
|---|---|
| 12/7/2003 | CM982 |

**Bill To**

Cross, Sands & Sares, P.C.
400 S. Colorado Blvd, Ste 900
Denver, CO 80246

RECEIVED

DEC 1 5 2003

| Description | Amount |
|---|---|
| copy medical records, John R. Gates | 20.00 |

DEFENDANT'S EXHIBIT

| | Total | $20.00 |
|---|---|---|