CROSS, SANDS & SARES, P.C.  3915

Advanced EyeCare at Conifer
3915
| 12/16/2003 | Park/Gates | Medical records | 1/5/2004 |
| --- | --- | --- | --- |
| | | | 20.00 |

20.00

---

**CROSS, SANDS & SARES, P.C.**
400 S. COLORADO BLVD., #900
GLENDALE, CO 80246
303-333-4122

BANK ONE, COLORADO, N.A.
DENVER, CO 80202
WWW.BANKONE.COM
23-101/1020

3915

Twenty & No/100 Dollars

**DATE** 1/5/2004     **AMOUNT** $ 20.00

PAY TO THE ORDER OF: Advanced EyeCare at Conifer

10791 Kitty Dr., Suite B
P.O. Box 1209
Conifer, CO 80433

AUTHORIZED SIGNATURE

⑆003915⑆ ⑈10200101⑉: 119290873⑆

---

CROSS, SANDS & SARES, P.C.  3915

Advanced EyeCare at Conifer
3915
| 12/16/2003 | Park/Gates | Medical records | 20.00 |
| --- | --- | --- | --- |

20.00

LASER CHECK 49104   REORDER FROM SBT FORMS   CALL TOLL FREE 1-800-SBT-FORM   FAX 1-800-258-2132   USE WITH COMPATIBLE ENVELOPE 772511


DEFENDANT'S EXHIBIT