# FTM Studios, LLC

# Invoice

1111 South Pierce St.
Lakewood, CO  80232-5633   TIN:84-1483802
303-922-3330, 303-922-3614 fax

| DATE | INVOICE # |
|------|-----------|
| 6/24/2004 | 34283 |

**BILL TO**
Cross, Sands & Sares

**SHIP TO**

| P.O. NUMBER | TERMS | VIA | TAX EXEMPT NUMBER |
|-------------|-------|-----|-------------------|
| | Net 15 | Pick Up | |

| QUANTITY | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-------------|------------|--------|
| 0.5 | Studio D Filtering Cassette Tape | 40.00 | 20.00 |
| 4 | Real Time Cassette Duplication-4 Copies | 1.50 | 6.00T |
| 1 | CDR 74 CD copy for best quality @ N/C | 0.00 | 0.00T |
| | 6.2% Sales Tax | 6.20% | 0.37 |

| | **Total** | **$26.37** |
|---|---|---|

All unpaid amounts shall be subject to a late payment charge of 1.5% per month (18% per year).


