

## FTM Studios, LLC

South Pierce St.
Lakewood, CO 80232-5633   TIN:84-1483802
303-922-3330, 303-922-3614 fax

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/24/2004 | 34283 |

| BILL TO | SHIP TO |
|---|---|
| Cross, Sands & Sares | |

CROSS, SANDS & SARES, P.C.

4542

7/2/2004

FTM Studios, LLC                                                                 26.37
4542

6/24/2004    Park/Gates     LLD 070204     Cassette Duplication



$26.37

26.37                       late payment charge of 1.5% per month (18% per year).