# keyOp
## DOCUMENT SUPPORT
## SCANNING SOLUTIONS

6740 E. HAMPDEN AVE., STE. 202
DENVER, CO 80224
303-756-5488

# INVOICE

| INVOICED BY | DATE | INVOICE # |
|---|---|---|
| RAC | 6/25/2004 | 22276 |

**BILL TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

**SHIP TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

| CLIENT REF # | TERMS | JOB NUMBER | CLIENT NAME |
|---|---|---|---|
| PARK/GATES | Net 30 | JUN-04-463 | LINDA |

| DESCRIPTION | PAGES HANDLED | PRICE | AMOUNT |
|---|---|---|---|
| Color 8.5X 11 Copying | 15 | 0.99 | 14.85 |
| VEHICLE PHOTOS FOR COURT/TRIAL EXHIBITS   (Exhibit E) | | | |
| State & City Sales Tax | | 7.20% | 1.07 |

*Linda, thank you for your business!*

Total     $15.92

**Federal Tax ID Number: 84-1472834**



WWW.KEYOP.COM




DEFENDANT'S EXHIBIT