CROSS, SANDS & SARES, P.C.

KeyOp Document Support
4549

4549

7/2/2004

6/25/2004      Park/Gates      22276           Color Copying

15.9

15.92

