

**keyOp**
**DOCUMENT SUPPORT**
**SCANNING SOLUTIONS**

6740 E. HAMPDEN AVE., STE. 202
DENVER, CO  80224
303-756-5488

# INVOICE

| INVOICED BY | DATE | INVOICE # |
|---|---|---|
| RAC | 6/27/2004 | 22288 |

**BILL TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

**SHIP TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

| CLIENT REF # | TERMS | JOB NUMBER | CLIENT NAME |
|---|---|---|---|
| Park/Gates | Net 30 | jun-04-471 | Lee |

| DESCRIPTION | PAGES HANDLED | PRICE | AMOUNT |
|---|---|---|---|
| Medium Copying | 588 | 0.12 | 70.56 |
| Numbering Documents Service (PC-0001 - PC-0196) | 196 | 0.06 | 11.76 |
| Trial Exhibits-CRIMINAL DISCOVERY PACKET (EXHIBIT I) | | | |
| State & City Sales Tax | | 7.20% | 5.93 |

*Lee, thank you for using keyOp!*

**Total**    **$88.25**

**Federal Tax ID Number: 84-1472834**



WWW.KEYOP.COM



DEFENDANT'S EXHIBIT 6-22