

CROSS, SANDS & SARES, P.C.

KeyOp Document Support
4548

**4548**

7/2/2004

6/27/2004  Park/Gates  22288  Reproduction of Documents

88.25

88.25

