# Transactions Listing

Search for: park/gates   Search by: Matter ID   Stage: (all)   Type: All costs

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 6/30/2004 | mvp | Park/Gates / County Technical Services, Inc.<br>John Gates v. Park County<br>Unusual Copies | cop | 4,666.00 | 0.15 | 699.90 |



DEFENDANT'S EXHIBIT B-29