**KeyOp**
**DOCUMENT SUPPORT SCANNING SOLUTIONS**

6740 E. HAMPDEN AVE., STE. 202
DENVER, CO  80224
303-756-5488

# INVOICE

| INVOICED BY | DATE | INVOICE # |
|---|---|---|
| MSR | 7/21/2004 | 22712 |

**BILL TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

**SHIP TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

| CLIENT REF # | TERMS | JOB NUMBER | CLIENT NAME |
|---|---|---|---|
| Park Gates | Net 30 | Jun04-479/847 | Linda |

| DESCRIPTION | PAGES HANDLED | PRICE | AMOUNT |
|---|---|---|---|
| Photo Development (Rolls) | 10 | 5.00 | 50.00 |
| Color 8.5X 11 Copying | 20 | 0.99 | 19.80 |
| Trial Exhibits-Reenactment Photos | | | |
| Photo Development (Rolls) | 1 | 5.00 | 5.00 |
| Trial Exhibit-Officer with Ruler | | | |
| State & City Sales Tax | | 7.20% | 5.39 |

*Linda, thank you for your business!*

**Total**  $80.19

Federal Tax ID Number: 84-1472834



WWW.KEYOP.COM

**DEFENDANT'S EXHIBIT B-25**