| Description | From Date | To Date | Invoice # | Invoice Amt | Amount |
|---|---|---|---|---|---|
| Legal | 7/21/2004 | 7/21/2004 | 22712 | $80.19 | $80.19 |

Claim Number: C201PAR066   Claimant: JOHN GATES   Payee: KEY-OP DOCUMENT SUPPORT
Check Number: 209680   Event Date: 6/8/2001   Department: CPAR Park County
Memo: C201PAR066

PLEASE DETACH VOUCHER BEFORE DEPOSITING CHECK



DEFENDANT'S EXHIBIT

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

*Colorado Counties Casualty & Property Pool*
*Administered by County Technical Services, Inc.*
800 Grant Street, Suite 400
Denver, Colorado 80203

23-7 / 1020

WELLS FARGO BANK WEST, N.A.
1740 Broadway Street
Denver, Colorado 80274

No.

Check Date: 8/18/2004   Check Number: 209680

NOT VALID 6 MONTHS AFTER CHECK DATE

Eighty and 19/100 Dollars***

Check Amount: **$80.19**

PAY TO THE ORDER OF:
KEY-OP DOCUMENT SUPPORT
6740 E. HAMPDEN AVE., #202
DENVER, CO 80224

C201PAR066

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW