

**keyOp**
**DOCUMENT SUPPORT**
**SCANNING SOLUTIONS**

6740 E. HAMPDEN AVE., STE. 202
DENVER, CO 80224
303-756-5488

# INVOICE

| INVOICED BY | DATE | INVOICE # |
|---|---|---|
| MSR | 7/21/2004 | 22713 |

**BILL TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

**SHIP TO**
Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., #900
Denver, CO 80246
303-388-7711

| CLIENT REF # | TERMS | JOB NUMBER | CLIENT NAME |
|---|---|---|---|
| Park/Gates | Net 30 | Jul04-021/855 | Linda |

| DESCRIPTION | PAGES HANDLED | PRICE | AMOUNT |
|---|---|---|---|
| Color 8.5X 11 Copying | 15 | 0.99 | 14.85 |
| Trial Exhibits- Exhibit "E" (Actual Vehicle) | | | |
| Color 36" x 48" Blowup & Mount | 3 | 175.00 | 525.00 |
| computer scan/open | 12 | 10.00 | 120.00 |
| Computer layout and design | 1.75 | 60.00 | 105.00 |
| Hinge -- each | 3 | 12.50 | 37.50 |
| Trial Exhibits-Demonstrative Exhibits: Rustic Square, Platte Canyon High School, Sherrif's Car | | | |
| State & City Sales Tax | | 7.20% | 50.21 |

*Linda, thank you for your business!*

**Total** $852.56

Federal Tax ID Number: 84-1472834



WWW.KEYOP.COM




DEFENDANT'S EXHIBIT