| Description | From Date | To Date | Invoice # | Invoice Amt | Amount |
|---|---|---|---|---|---|
| Legal | 7/21/2004 | 7/21/2004 | 22713 | $852.56 | $852.56 |

Claim Number: C201PAR066   Claimant: JOHN GATES   Payee: KEY-OP DOCUMENT SUPPORT
Check Number: 209682   Event Date: 6/8/2001   Department: CPAR Park County
Memo: C201PAR066

RECEIVED
AUG 2 3 2004

PLEASE DETACH VOUCHER BEFORE DEPOSITING CHECK



*Colorado Counties Casualty & Property Pool*
*Administered by County Technical Services, Inc.*
800 Grant Street, Suite 400
Denver, Colorado 80203

23-7 / 1020

WELLS FARGO BANK WEST, N.A
1740 Broadway Street
Denver, Colorado 80274

No.

Check Date: 8/18/2004    Check Number: 209682

NOT VALID 6 MONTHS AFTER CHECK DATE

Eight Hundred Fifty-Two and 56/100 Dollars***************************

Check Amount **$852.56**

PAY TO THE ORDER OF:
KEY-OP DOCUMENT SUPPORT
6740 E. HAMPDEN AVE., #202
DENVER, CO 80224

C201PAR066

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK--HOLD AT AN ANGLE TO VIEW

**EXHIBIT C**

| | COSTS INCIDENT TO TAKING OF DEPOSITIONS | | | | |
|---|---|---|---|---|---|
| Date | Notes | Expert Fee | Deposition Cost | Total Cost | Exhibit |
| 11/6 & 11/7/03 | Deposition of John R. Gates | $0 | $1,399.10 | $1,399.10 ✓ | M |
| 11/10/03 | Deposition of Delores Gates | $0 | $475.35 | $475.35 ✓ | O |
| 1/24/04 | Deposition of Monique Maly, M.D. | $350.00 | $175.90 | $525.90 ✓ | Q |
| 11/17/03 | Deposition of Ralph Round, M.D. | $600.00 | $193.40 | ~~$793.40~~ | P |
| 3/3/04 | Deposition of Marc Krouse, M.D. | $ | $249.40 | ~~$249.40~~ | R |
| 8/11/04 | Video Deposition of Rebecca Ferguson | $0 | $802.97 | $802.97 ✓ | V, V-1 |
| 9/21/04 | Video Deposition of Brian Spery | $0 | $661.32 | $661.32 ✓ | W, W-1 |

**Total for costs incident to taking of depositions: $5,127.46**

4,084.66