

# Patterson
Reporting & Video Service, Inc.

RECEIVED
DEC - 2 2003

**BILL TO:**

JONATHAN A. CROSS, ESQ.
CROSS, SANDS & SARES, PC
400 SOUTH COLORADO BOULEVARD
SUITE 900
DENVER, CO 80246

Highpoint
2170 South Parker Road
Suite 263 Page 1
Denver, Colorado 80231

**INVOICE**  8005

| DATE | CLIENT | FILE |
|---|---|---|
| 12/01/2003 | 28 | 03WY1009CB |

Re: GATES VS. SHARP AND WEGENER
Assignment Date: November 06, 2003

DEPOSITION OF JOHN RICHARD GATES, VOLUME I - 11/6/03

```
ORIGINAL & ONE COPY                                 527.85
APPEARANCE FEE                                       50.00
```

DEPOSITION OF JOHN RICHARD GATES, VOLUME II - 11/7/03

```
ORIGINAL & ONE COPY                                 741.75
APPEARANCE FEE                                       50.00
EXHIBITS                                              9.50
```

DEPOSITION OF CHARLES GATES - 11/7/03

```
ORIGINAL & ONE COPY                                 300.15
APPEARANCE FEE                                       50.00
EXHIBITS                                              8.00
```

DEPOSITION OF DELORES GATES - 11/10/03

```
ORIGINAL & ONE COPY                                 424.35
APPEARANCE FEE                                       50.00
EXHIBITS                                              1.00
```

TWO DELIVERIES-ORIG/COPY                             20.00
                                                 ==========



*Interest is applied to open balances beyond 30 days at 1.5% per 30 days.*

Continue...

303.696.7680        Tax I.D. #84-0979302        Fax: 303.696.7675