

# Patterson
Reporting & Video Service, Inc.

BILL TO:

JONATHAN A. CROSS, ESQ.
CROSS, SANDS & SARES, PC
400 SOUTH COLORADO BOULEVARD
SUITE 900
DENVER, CO   80246

Highpoint
2170 South Parker Road
Suite 263 Page 2
Denver, Colorado 80231

INVOICE    8005

| DATE | CLIENT | FILE |
|---|---|---|
| 12/01/2003 | 28 | 03WY1009CB |

Re: GATES VS. SHARP AND WEGENER
Assignment Date: November 06, 2003

                                   Total Amount $    2,232.60
       THANK YOU VERY MUCH.....



DEFENDANT'S EXHIBIT

Patterson Reporting & Video Service, Inc
*Interest is applied to open balances beyond 30 days at 1.5% per 30 days.*

**303.696.7680**          **Tax I.D. #84-0979302**          **Fax: 303.696.7675**