| Description | From Date | To Date | Invoice # | Invoice Amt | Amount |
|---|---|---|---|---|---|
| Legal | 12/1/2003 | 12/1/2003 | 8005 | $2,232.60 | $2,232.60 |

Claim Number: C201PAR066   Claimant: JOHN GATES   Payee: PATTERSON REPORTING & VIDEO SERV., INC.
Check Number: 208977   Event Date: 6/8/2001   Department: CPAR Park County
Memo: C201PAR066

**PLEASE DETACH VOUCHER BEFORE DEPOSITING CHECK**


DEFENDANT'S EXHIBIT C-3
03-wy 1009 CB (OES)

---

**Colorado Counties Casualty & Property Pool**
*Administered by County Technical Services, Inc.*
1700 Broadway, Suite 1512
Denver, Colorado 80290

23-7 / 1020

WELLS FARGO BANK WEST, N.A.
1740 Broadway Street
Denver, Colorado 80274

No.
Check Date: 12/11/2003   Check Number: 208977

NOT VALID 6 MONTHS AFTER CHECK DATE

Two Thousand Two Hundred Thirty-Two and 60/100 Dollars****************

Check Amount: **$2,232.60**

PAY TO THE ORDER OF:
PATTERSON REPORTING & VIDEO SERV., INC.
Highpoint
2170 S. Parker road, Suite 263
Denver, CO 80231
C201PAR066