*Billing*

Monique Marie Maly, M.D.
Conifer Mountain Family Medicine
10791 Kitty Drive
Conifer, CO 80433

## Deposition Agreement

Case: *Cash/* John Gates
Deposition time agreed upon: 12:15 pm (estimated)
Date: January 24, 2004
Location: Conifer Mountain Family Medicine
Fee Schedule: $350 hour
Preparation Time: 30 Minutes @ $350 per hour
Deposition Length: 1/2 Hour

Total Fee: $350.00

*Paid by Check 1/24/04*



DEFENDANT'S EXHIBIT

---

CROSS, SANDS & SARES, P.C.
400 S. COLORADO BLVD #900
GLENDALE, CO 80246
303-333-4122

BANK ONE, COLORADO, N.A.
DENVER, CO 80202
WWW.BANKONE.COM
23-101/1020

Check No. 3987

Three Hundred Fifty & No/100 Dollars

DATE 1/22/2004     AMOUNT $350.00

Monica Maly, M.D.

AUTHORIZED SIGNATURE

⑆003987⑆ ⑈102001017⑈ 11929087371⑈