

**BILL TO:**

SEAN J. LANE, ESQ.
CROSS, SANDS & SARES, P.C.
400 SOUTH COLORADO BOULEVARD
SUITE 900
DENVER, CO  80246

Highpoint
2170 South Parker Road
Suite 263
Denver, Colorado 80231

INVOICE   8179

```
   DATE         CLIENT    FILE

01/29/2004      2535      03WY1009CB (OES

Re: GATES V. SHARP, ET AL
Assignment Date: January 24, 2004


DEPOSITION OF MONIQUE MALY, M.D.

ORIGINAL AND ONE COPY                                  104.40
APPEARANCE FEE                                          50.00
EXHIBITS                                                 1.50
DELIVERY/HANDLING O&1                                   20.00
                                                    ==========
                                 Total Amount $        175.90

       THANK YOU VERY MUCH.....
```



Patterson Reporting & Video Service, Inc

*Interest is applied to open balances beyond 30 days at 1.5% per 30 days.*

303.696.7680        Tax I.D. #84-0979302        Fax: 303.696.7675