| Description | From Date | To Date | Invoice # | Invoice Amt | Amount |
|---|---|---|---|---|---|
| Legal | 1/29/2004 | 1/29/2004 | 8179 | $175.90 | $175.90 |

Claim Number: C201PAR066   Claimant: JOHN GATES   Payee: PATTERSON REPORTING & VIDEO SERV., INC.
Check Number: 209131   Event Date: 6/8/2001   Department: CPAR Park County
Memo: C201PAR066

PLEASE DETACH VOUCHER BEFORE DEPOSITING CHECK



DEFENDANT'S EXHIBIT
C-6
03-WY 100 TCA (OES)

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Colorado Counties Casualty & Property Pool**
*Administered by County Technical Services, Inc.*
*1700 Broadway, Suite 1512*
*Denver, Colorado 80290*

23-7
1020

WELLS FARGO BANK WEST, N.A.
1740 Broadway Street
Denver, Colorado 80274

No.

| Check Date | Check Number |
|---|---|
| 2/9/2004 | 209131 |

NOT VALID 6 MONTHS AFTER CHECK DATE

Check Amount
**$175.90**

One Hundred Seventy-Five and 90/100 Dollars*****************************

PAY
TO THE
ORDER
OF

PATTERSON REPORTING & VIDEO SERV., INC.
Highpoint
2170 S. Parker road, Suite 263
Denver, CO 80231

C201PAR066

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW