# CROSS, SANDS & SARES, P.C.

SEAN J. LANE

SUITE 900
400 S. COLORADO BLVD.
DENVER, COLORADO 80246

TELEPHONE 303-333-4122
FACSIMILE 303-388-1749
SEAN J.LANE@CROSS-SANDS.COM

February 4, 2004

Dr. Ralph Round
1325 So. Colorado Boulevard
Building B, Suite 206
Denver, Colorado 80222
Attn: Carmen

RE: *John R. Gates v. Board of County Commissioners of Park County, et al.;* United States District Court, Case No. 03-WY-1009CB (OES)

Dear Carmen:

In anticipation of the deposition scheduled for February 10th, 2004 at 10:30 o'clock a.m. at your offices regarding the above-captioned action, and pursuant to your request, enclosed please find Check No. 209109 from the insurance carrier, County Technical Services, Inc., in the amount of $600.00 as prepayment for the deposition.

If anything further is required, please contact our office.

Very truly yours,

**CROSS, SANDS & SARES, P.C.**

Sean J. Lane

SJL/ld
Enclosure

N:\Open Cases\Park-Gates\DrRound Ltr w-prepay for depo.doc

