| Description | From Date | To Date | Invoice # | Invoice Amt | Amount |
|---|---|---|---|---|---|
| Legal | | | pre payment | $600.00 | $600.00 |

Claim Number: C201PAR066   Claimant: JOHN GATES   Payee: Ralph Round, M.D.
Check Number: 209109   Event Date: 6/8/2001   Department: CPAR Park County
Memo: C201PAR066

PLEASE DETACH VOUCHER BEFORE DEPOSITING CHECK



DEFENDANT'S EXHIBIT C-8
03-WY-1009 C6 (OES)

**Colorado Counties Casualty & Property Pool**
Administered by County Technical Services, Inc.
1700 Broadway, Suite 1512
Denver, Colorado 80290

23-7 / 1020

WELLS FARGO BANK WEST, N.A
1740 Broadway Street
Denver, Colorado 80274

No.
Check Date: 1/28/2004
Check Number: 209109

NOT VALID 6 MONTHS AFTER CHECK DATE

Six Hundred and 00/100 Dollars************************************

Check Amount: **$600.00**

PAY TO THE ORDER OF
Ralph Round, M.D.
1325 S. Colorado Blvd.
Bldg. B, Suite 206
Denver, CO 80222
C201PAR066

⑈000209109⑈ ⑆102000076⑆ 1018127806⑈