

# Patterson
Reporting & Video Service, Inc.

**BILL TO:**

SEAN J. LANE, ESQ.
CROSS, SANDS & SARES, P.C.
400 SOUTH COLORADO BOULEVARD
SUITE 900
DENVER, CO   80246

Highpoint
2170 South Parker Road
Suite 263
Denver, Colorado 80231

**INVOICE**   8290

| DATE | CLIENT | FILE |
|------|--------|------|
| 02/18/2004 | 2535 | 03WY1009CB(OES) |

Re: GATES VS. SHARP
Assignment Date: February 10, 2004

DEPOSITION OF RALPH ROUND, M.D.

```
ORIGINAL AND ONE COPY                              122.40
APPEARANCE FEE                                      50.00
EXHIBITS                                             1.00
TWO DELIVERIES-ORIG/COPY                            20.00
                                               ==========
                            Total Amount  $        193.40
```

          THANK YOU VERY MUCH.....



DEFENDANT'S
EXHIBIT
C-9
03-WY-1009CB(OES)

Patterson Reporting & Video Service, Inc
*Interest is applied to open balances beyond 30 days at 1.5% per 30 days.*

303.696.7680         **Tax I.D. #84-0979302**         Fax: 303.696.7675