| Description | From Date | To Date | Invoice # | Invoice Amt | Amount |
|---|---|---|---|---|---|
| Legal | 2/18/2004 | 2/18/2004 | 8290 | $193.40 | $193.40 |

Claim Number: C201PAR066   Claimant: JOHN GATES   Payee: PATTERSON REPORTING & VIDEO SERV., INC.
Check Number: 209230   Event Date: 6/8/2001   Department: CPAR Park County
Memo: C201PAR066

**PLEASE DETACH VOUCHER BEFORE DEPOSITING CHECK**



DEFENDANT'S EXHIBIT C-10

*Colorado Counties Casualty & Property Pool*
Administered by County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, Colorado 80203

23-7/1020

WELLS FARGO BANK WEST, N.A
1740 Broadway Street
Denver, Colorado 80274

No.
Check Date: 3/10/2004
Check Number: 209230

NOT VALID 6 MONTHS AFTER CHECK DATE

One Hundred Ninety-Three and 40/100 Dollars****************************

Check Amount: **$193.40**

PAY TO THE ORDER OF

PATTERSON REPORTING & VIDEO SERV., INC.
Highpoint
2170 S. Parker road, Suite 263
Denver, CO 80231

C201PAR066