

# Patterson
Reporting & Video Service, Inc.

**BILL TO:**

SEAN J. LANE, ESQ.
CROSS, SANDS & SARES, P.C.
400 SOUTH COLORADO BOULEVARD
SUITE 900
DENVER, CO   80246

Highpoint
2170 South Parker Road
Suite 263
Denver, Colorado 80231

**INVOICE**   8366

| DATE | CLIENT | FILE |
|---|---|---|
| 03/03/2004 | 2535 | 03WY1009CB |

Re: GATES VS. SHARP
Assignment Date: February 12, 2004

TRANSCRIPT OF MARC A. KROUSE, M.D.

```
ORIGINAL & ONE COPY                               179.40
APPEARANCE FEE                                     50.00
TWO DELIVERIES-ORIG/COPY                           20.00
                                              ==========
                            Total Amount  $       249.40
```

THANK YOU VERY MUCH.....



DEFENDANT'S EXHIBIT
C-11
03-WY-1009-CB-OES