| Description | From Date | To Date | Invoice # | Invoice Amt | Amount |
|---|---|---|---|---|---|
| Legal | 3/3/2004 | 3/3/2004 | 8366 | $249.40 | $249.40 |

Claim Number: C201PAR066    Claimant: JOHN GATES    Payee: PATTERSON REPORTING & VIDEO SERV., INC.
Check Number: 209240    Event Date: 6/8/2001    Department: CPAR Park County
Memo: C201PAR066

**PLEASE DETACH VOUCHER BEFORE DEPOSITING CHECK**


DEFENDANT'S EXHIBIT

---

**Colorado Counties Casualty & Property Pool**
Administered by County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, Colorado 80203

23-7 / 1020

WELLS FARGO BANK WEST, N.A.
1740 Broadway Street
Denver, Colorado 80274

No.
Check Date: 3/11/2004    Check Number: 209240

NOT VALID 6 MONTHS AFTER CHECK DATE

Two Hundred Forty-Nine and 40/100 Dollars************************

Check Amount: **$249.40**

PAY TO THE ORDER OF:
PATTERSON REPORTING & VIDEO SERV., INC.
Highpoint
2170 S. Parker road, Suite 263
Denver, CO 80231

C201PAR066