```
                                                                    1

 1                    >>CLOVIS COURT REPORTING<<
                           121 West 4th Street
 2                       Clovis, New Mexico 88101
      ............................................
 3                        INVOICE NO. 04-177
                           August 13, 2004
 4    ............................................
      TO: CROSS, SANDS & SARES, P.C.
 5        400 So. Colorado Blvd., Suite 900
          Denver, Colorado 80246
 6        (303) 333-4122
          BY:  JONATHAN A. CROSS, ESQUIRE
 7

 8    _____/

 9    IN RE:   IN THE UNITED STATES DISTRICT COURT

10             FOR THE DISTRICT OF COLORADO

11    NO: 03-WY-1009CB (OES)

12    JOHN R. GATES
      vs.
13    CARL SHARP,

14    _____/

      Reporting the video deposition of Rebecca Ferguson on August
15    11, 2004, in Clovis, New Mexico, in the above-referenced
      matter as follows:
16    Per diem:                                         $    60.00

17    Transcript:   ( 37 pgs @ $6.00 ppg)               $   222.00
      (Expedited)
18    Ascii, condensed (No charge)

19
                                   SUBTOTAL:           $   282.00
                                   Tax:                $    17.97
20                                 Postage:            $     8.00
                                   TOTAL:              $   307.97
21
      THANK YOU VERY MUCH!
22    SANDRA J. WATSON, CCR, RPR,
      D/B/A CLOVIS COURT REPORTING,
23    Social Security No. 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

24

25
```

