*Cross Copy*

| Description | From Date | To Date | Invoice # | Invoice Amt | Amount |
|---|---|---|---|---|---|
| Legal | 8/11/2004 | 8/11/2004 | 04-177 | $307.97 | $307.97 |

Claim Number: C201PAR066   Claimant: JOHN GATES   Payee: Sandra J. Watson, CCR, RPR d/b/a Clovis Court Reporting
Check Number: 209695   Event Date: 6/8/2001   Department: CPAR Park County
Memo: C201PAR066

PLEASE DETACH VOUCHER BEFORE DEPOSITING CHECK


DEFENDANT'S EXHIBIT

**Colorado Counties Casualty & Property Pool**
Administered by County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, Colorado 80203

23-7 / 1020

WELLS FARGO BANK WEST, N.A.
1740 Broadway Street
Denver, Colorado 80274

No.

Check Date: 8/20/2004   Check Number: 209695

NOT VALID 6 MONTHS AFTER CHECK DATE

Check Amount: **$307.97**

Three Hundred Seven and 97/100 Dollars****************************

PAY TO THE ORDER OF:
Sandra J. Watson, CCR, RPR d/b/a Clovis Court Reporting
121 West 4th Street
Clovis, NM 88101

C201PAR066

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW