**...EIDER ELECTRIC INC**
P.O. BOX 70, JCT 145 & 1172
LAZBUDDIE, TEXAS 79053-0070
806-965-2911

**Invoice**

| DATE | INVOICE NO. |
|---|---|
| 8/11/'04 | 12681 |

**CUSTOMER**

Cross, Sands & Sares, P.C.
400 S. Colorado Blvd., Suite 900
Denver, CO 80246

| P.O. NO. | TERMS |
|---|---|
|  | Due on recpt |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 4 | Videography Service Hours - Rebecca Ferguson; Clovis, NM; Gates vs Sharp; Case # 03-WY-1009CB; 8/11/04; Jonathan Cross, Atty. | 75.00 | 300.00 |
| 1 | Setup Fee - Clovis NM | 100.00 | 100.00 |
| 1 | Master SVHS Tape | 15.00 | 15.00 |
| 1 | HI-8 Master Tape | 10.00 | 10.00 |
| 2 | Copy VHS Tapes | 25.00 | 50.00 |
| 1 | DVD Copy | 10.00 | 10.00 |
| 1 | Freight Charge | 10.00 | 10.00 |
|   | New Mexico - No sales tax |  |  |

**Total**  $495.00

