*Cross copy*

| Description | From Date | To Date | Invoice # | Invoice Amt | Amount |
|---|---|---|---|---|---|
| Legal | 8/11/2004 | 8/11/2004 | 12681 | $495.00 | $495.00 |

Claim Number: C201PAR066   Claimant: JOHN GATES   Payee: Treider Electric, Inc.
Check Number: 209697   Event Date: 6/8/2001   Department: CPAR Park County
Memo: C201PAR066

AUG 24 2004

PLEASE DETACH VOUCHER BEFORE DEPOSITING CHECK


DEFENDANT'S EXHIBIT

---

**Colorado Counties Casualty & Property Pool**
Administered by County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, Colorado 80203

23-7 / 1020

WELLS FARGO BANK WEST, N.A.
1740 Broadway Street
Denver, Colorado 80274

Check Date: 8/20/2004   Check Number: 209697
No.
NOT VALID 6 MONTHS AFTER CHECK DATE

Four Hundred Ninety-Five and 00/100 Dollars*********************

Check Amount: **$495.00**

PAY TO THE ORDER OF:
Treider Electric, Inc.
P.O. Box 80, JCT 145 & 1172
Lazbuddie,, TX 79053-0070

C201PAR066

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK--HOLD AT AN ANGLE TO VIEW