# COMPEX
### Legal Services, Inc.

IRS No. 95-4443964

| | |
|---|---|
| Invoice Number: | 5140801 |
| Invoice Date: | 9/14/04 |
| **Total Due:** | **$441.30** |

Terms: NET 10 DAYS

Account: 153195/01178384     (303) 333-4122
Bill to: SEAN LANE
CROSS, SANDS & SARES, P.C.
400 SO. COLORADO BLVD., SUITE 900
DENVER, CO 80246

Remit to:
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)788-8831 x5724

| Description of Services | Quantity | Price | Extension |
|---|---|---|---|
| Request #: 3-52039 | | | |
| Order Date: 09/10/04 | | | |
|    : SEAN LANE | | | |
| Case # : 03-WY-1009CB (OES) | | | |
| Case: JOHN R. GATES | | | |
|    V CARL SHARP | | | |
| | | | |
| 0000001    DEPOSITION OF BRIAN SPERY | | | |
|            DEPOSITION ORIGINAL AND ONE COPY | | | |
|               Deposition Page Rate | 38 | 8.85 | 336.30 |
|               Compressed Copies | 1 | 15.00 | 15.00 |
|               Administrative Fee | 1 | 55.00 | 55.00 |
|               E-Transcript | 1 | 35.00 | 35.00 |
| | | | |
| NOTE: TAXABLE COST: $391.30 | | | |
|       DEPOSITION OF BRIAN SPERY | | | |
|       EXPEDITED DELIVERY | | | |
| | | Sub Total: | 441.30 |
| | | Total Due: | 441.30 |

DEFENDANT'S EXHIBIT

Invoice Number: 5140801     Date: 9/14/04     Page: 1

Please include invoice number on payment     ORIGINAL COPY