**COMPEX** *Legal Services, Inc.*

IRS No. 95-4443964

| | |
|---|---|
| Invoice Number: | 5146561 |
| Invoice Date: | 9/21/04 |
| Total Due: | $220.02 |

Terms: NET 10 DAYS

Account: 153195/01178384 (303) 333-4122
Bill to: SEAN LANE
CROSS, SANDS & SARES, P.C.
400 SO. COLORADO BLVD., SUITE 900
DENVER, CO 80246

Remit to:
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)788-8831 x5724

| Description of Services | Quantity | Price | Extension |
|---|---|---|---|
| Request #: 3-52149 | | | |
| Order Date: 09/10/04 | | | |
| : SEAN LANE | | | |
| Case # : 03-WY-1009CV (OES) | | | |
| Case: JOHN R. GATES | | | |
| V CARL SHARP | | | |
| | | | |
| 0000001 VIDEOTAPE DEPOSITION OF BRIAN SPERY | | | |
| DEPOSITION ORIGINAL AND ONE COPY | | | |
| VHS Tapes | 1 | 10.00 | 10.00 |
| Video: Minimum 2 Hours | 2 | 85.00 | 170.00 |
| Overnight Delivery | 1 | 23.25 | 23.25 |
| | | | |
| NOTE: VIDEOTAPE DEPOSITION OF BRIAN SPERY | | | |
| | | Sub Total: | 203.25 |
| | | Sales Tax: | 16.77 |
| | | Sub Total: | 220.02 |
| | | Total Due: | 220.02 |

| Invoice Number: | 5146561 | Date: | 9/21/04 | Page: | 1 |
|---|---|---|---|---|---|

Please include invoice number on payment        ORIGINAL COPY

**EXHIBIT D**

|  | **OTHER COSTS (Costs for expert witnesses necessary to defend against Plaintiff's claims.)** |  |
| --- | --- | --- |
| **Date** | **Notes** | **Price** |
| 11/26/03 | Dr. W. Bruce Wilson – IME and records review. | $2,475.00 |
| 11/26/03 | Dr. J. Tashof Bernton – Review of Gates' medical records. | $1,450.00 |
| 6/21/04 | Dr. J. Tashof Bernton – Review of additional medical records | $1,150.00 |
| 6/23/04 | Dr. W. Bruce Wilson – Pretrial conference. | $900.00 |
| 6/25/04 | Dr. J. Tashof Bernton – Pretrial conference | $1,562.00 |
| 6/30/04 | Dr. W. Bruce Wilson – Review of additional records. | $1,200.00 |
| 8/11/04 | Dr. W. Bruce Wilson – Trial witness fee. | $2,400.00 |
| 9/19/04 | Dr. J. Tashof Bernton – Pretrial conference. | $312.50 |
| 9/20/04 | Dr. J. Tashof Bernton – Trial testimony. | $3,532.50 |

**Total for other costs: $14,982.00**