| Description | From Date | To Date | Invoice # | Invoice Amt | Amount |
|---|---|---|---|---|---|
| Legal | | | | $1,475.00 | $2,475.00 |

Claim Number: C201PAR066   Claimant: JOHN GATES   Payee: W. Bruce Wilson, M.D.
Check Number: 208936   Event Date: 6/8/2001   Department: CPAR Park County
Memo: C201PAR066

**PLEASE DETACH VOUCHER BEFORE DEPOSITING CHECK**


DEFENDANT'S EXHIBIT

*Colorado Counties Casualty & Property Pool*
*Administered by County Technical Services, Inc.*
1700 Broadway, Suite 1512
Denver, Colorado 80290

23-7 / 1020

WELLS FARGO BANK WEST, N.A.
1740 Broadway Street
Denver, Colorado 80274

No.

Check Date: 11/26/2003   Check Number: 208936

NOT VALID 6 MONTHS AFTER CHECK DATE

Two Thousand Four Hundred Seventy-Five and 00/100 Dollars*************

Check Amount: **$2,475.00**

PAY TO THE ORDER OF:
W. Bruce Wilson, M.D.
850 East Harvard Ave, #355
Denver, CO 80210

C201PAR066

⑆0000208936⑆ ⑈102000076⑈ 1018127806⑈