| Description | From Date | To Date | Invoice # | Invoice Amt | Amount |
|---|---|---|---|---|---|
| Legal | | | DR.BERNTON/IME | $1,450.00 | $1,450.00 |

Claim Number: C201PAR066   Claimant: JOHN GATES   Payee: COLO. REHABILITATION AND OCCUPATIONAL MEDICINE LLC
Check Number: 208937   Event Date: 6/8/2001   Department: CPAR Park County
Memo: C201PAR066

**PLEASE DETACH VOUCHER BEFORE DEPOSITING CHECK**


DEFENDANT'S EXHIBIT

*Colorado Counties Casualty & Property Pool*
*Administered by County Technical Services, Inc.*
1700 Broadway, Suite 1512
Denver, Colorado 80290

23-7 / 1020

WELLS FARGO BANK WEST, N.A.
1740 Broadway Street
Denver, Colorado 80274

No.

Check Date: 11/26/2003   Check Number: 208937

NOT VALID 6 MONTHS AFTER CHECK DATE

One Thousand Four Hundred Fifty and 00/100 Dollars************************

Check Amount: **$1,450.00**

PAY TO THE ORDER OF:
COLO. REHABILITATION AND OCCUPATIONAL MEDICINE LLC
830 POTOMAC CIR., #290
AURORA, CO 80011

C201PAR066

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑊0000208937⑊  ⑈102000076⑈ 1018127806⑊