# HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

CROSS, SANDS & SARES PC
SUITE 900
400 S COLO BLVD
GLENDALE CO 80246

| Field | Value |
|---|---|
| 1. Program | (checkbox) |
| 1a. INSURED'S I.D. NUMBER | 52267025 |
| 2. PATIENT'S NAME | Gates, John |
| 3. PATIENT'S BIRTH DATE / SEX | 03 04 1982 M |
| 4. INSURED'S NAME | Gates, John |
| 5. PATIENT'S ADDRESS | 13490 HWY 291 |
| 6. PATIENT RELATIONSHIP TO INSURED | Self |
| 7. INSURED'S ADDRESS | 13490 HWY 291 |
| CITY / STATE | SALIDA, CO |
| 8. PATIENT STATUS | Single, Employed |
| CITY / STATE | SALIDA, CO |
| ZIP CODE | 81201 |
| TELEPHONE | (970) 539-1123 |
| ZIP CODE | 81201 |
| 11a. INSURED'S DATE OF BIRTH / SEX | 03 04 1982 M |
| 11c. INSURANCE PLAN NAME | CROSS, SANDS & SARES PC |
| 12. SIGNED | Signature on File  DATE 04/21/04 |
| 13. SIGNED | Signature on File |
| 18. HOSPITALIZATION DATES | FROM 12 12 03 |
| 21. DIAGNOSIS | 1. L82342    2. L7840 |
| 28. TOTAL CHARGE | 1150.00 |
| 29. AMOUNT PAID | .00 |
| 30. BALANCE DUE | 1150.00 |

| 24A DATE(S) OF SERVICE | B Place | C Type | D PROCEDURES | E DIAG | F $ CHARGES | G DAYS/UNITS |
|---|---|---|---|---|---|---|
| 06 21 04 | 11 | 9 | 99080 REVIEW OR NARRATIVE OF RECORDS | 1,2 | 1150.00 | 2.0 |

25. FEDERAL TAX I.D. NUMBER: 841238484
26. PATIENT'S ACCOUNT NO.: 629354-0
27. ACCEPT ASSIGNMENT: YES
31. SIGNATURE OF PHYSICIAN OR SUPPLIER: J Tashof Bernton M   DATE 06/24/04
32. FACILITY: POTOMAC OFFICE, 830 POTOMAC, SUITE 290, AURORA CO 80011
33. PHYSICIAN'S BILLING NAME: COLORADO REHAB & OCC MEDICINE, PO BOX 31207, AURORA CO 80041-0207, (303) 341-4785

DEFENDANT'S EXHIBIT

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP 1500, APPROVED OMB-0720-0001 (CHAMPUS)