CROSS, SANDS & SARES, P.C.

4527

W. Bruce Wilson, M.D.                                    6/23/2004

4527

| 6/23/2004 | Park/Gates | LD 062304 | Expert | 900.00 |

900.00



## CROSS, SANDS & SARES, P.C.
400 S. COLORADO BLVD., #900
GLENDALE, CO 80246
303-333-4122

BANK ONE, COLORADO, N.A.
DENVER, CO 80202
WWW.BANKONE.COM
23-101/1020

4527

Security features. Details on back.

Nine Hundred & No/100 Dollars

| DATE | AMOUNT |
|---|---|
| 6/23/2004 | $ 900.00 |

PAY TO THE
ORDER OF:    W. Bruce Wilson, M.D.
850 E.Harvard Ave., Suite 355
Denver, CO 80210

AUTHORIZED SIGNATURE                    MP

⑈004527⑈ ⑆102001017⑆ ⑈192908737⑈



DEFENDANT'S
EXHIBIT