# HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

CROSS, SANDS & SARES PC
SUITE 900
400 S COLO BLVD
GLENDALE CO 80246

1. MEDICARE / MEDICAID / CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X]
1a. INSURED'S I.D. NUMBER: 522632025

2. PATIENT'S NAME: Gates John
3. PATIENT'S BIRTH DATE: 03 04 1982  SEX: M
4. INSURED'S NAME: Gates John
5. PATIENT'S ADDRESS: 13690 HWY 291
6. PATIENT RELATIONSHIP TO INSURED: Spouse
7. INSURED'S ADDRESS: 13690 HWY 291
CITY: SALIDA  STATE: CO
8. PATIENT STATUS:
CITY: SALIDA  STATE: CO
ZIP CODE: 81201  TELEPHONE: (970) 539-1123
ZIP CODE: 81201

10a. EMPLOYMENT? NO
10b. AUTO ACCIDENT? NO
10c. OTHER ACCIDENT? NO

11a. INSURED'S DATE OF BIRTH: 03 04 1982  M
11c. INSURANCE PLAN NAME OR PROGRAM NAME: CROSS, SANDS & SARES PC

12. PATIENT'S SIGNATURE: Signature on File  DATE: 06/26/04
13. INSURED'S SIGNATURE: Signature on File

18. HOSPITALIZATION DATES: FROM 12 12 03

21. DIAGNOSIS:
1. 87342
2. Z840

24.
| DATE(S) OF SERVICE | Place of Service | Type of Service | PROCEDURES (CPT/MODIFIER) | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS |
|---|---|---|---|---|---|---|
| 06 23 04 | 11 | 0 | 99701 CONFERENCE, MEDICOLEGAL EACH 15 MIN | 1,2 | 1562.00 | 2.0 |

25. FEDERAL TAX I.D. NUMBER: 841238486
26. PATIENT'S ACCOUNT NO.: 629356.0
27. ACCEPT ASSIGNMENT: YES
28. TOTAL CHARGE: $1562.00
29. AMOUNT PAID: $.00
30. BALANCE DUE: $1562.00

31. SIGNATURE OF PHYSICIAN: J Tashof Bernton M  DATE: 06/26/04
32. NAME AND ADDRESS OF FACILITY: POTOMAC OFFICE, 830 POTOMAC, SUITE 290, AURORA CO 80011
33. PHYSICIAN'S SUPPLIER BILLING NAME: (303) 341-4789
COLORADO REHAB & OCC MEDICINE
PO BOX 31207
AURORA CO 80041-0207

DEFENDANT'S EXHIBIT D-5  03-WY-1009(CR)(OES)