**W. BRUCE WILSON, M.D.**
NEURO-OPHTHALMOLOGY AND ORBITAL DISEASE

850 EAST HARVARD AVENUE, SUITE 355
DENVER, COLORADO 80210

TELEPHONE (303) 733-5333

June 29, 2004

Cross, Sands & Sares, P>C>
400 S. Colorado Blvd.
Suite 900
Denver, Colo. 80246

ATTN; Linda

  RE: John R. Gates
    Claim# C201PAR066
    INJ; 06/08/01

Dear Linda:

We have received the additional medical records for Mr. John Gates on June 26, 2004. The charge for reviewing these records and the ensuing telephone conversation is $1200.00.

Dr. Wilson will begin reviewing them once we have received the payment.

Please call us if you have any questions.

Thank you.

Kim

---

CROSS, SANDS & SARES, P.C.

4539
6/30/2004  Park/Gates  LD 063004  Expert Review

W. Bruce Wilson, M.D.

4539

1,200.00

1,200.00

DEFENDANT'S EXHIBIT
D-6
03-WY-1009 CR (OES)

LASER CHECK 49104 REORDER FROM SBT FORMS CALL TOLL FREE 1-800-SBT-FORM FAX 1-800-258-2132 USE WITH COMPATIBLE ENVELOPE 772511 B