

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

| Description | From Date | To Date | Invoice # | Invoice Amt | Amount |
|---|---|---|---|---|---|
| Legal | 8/11/2004 | 8/11/2004 | WITNESS FEE | $2,400.00 | $2,400.00 |

Claim Number: C201PAR066   Claimant: JOHN GATES   Payee: W. Bruce Wilson, M.D.
Check Number: 209700   Event Date: 6/8/2001   Department: CPAR Park County
Memo: C201PAR066

PLEASE DETACH VOUCHER BEFORE DEPOSITING CHECK



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Colorado Counties Casualty & Property Pool**
Administered by County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, Colorado 80203

23-7/1020

WELLS FARGO BANK WEST, N.A.
1740 Broadway Street
Denver, Colorado 80274

No.
Check Date: 8/23/2004   Check Number: 209700

NOT VALID 6 MONTHS AFTER CHECK DATE

Two Thousand Four Hundred and 00/100 Dollars***********************

Check Amount: **$2,400.00**

PAY TO THE ORDER OF:
W. Bruce Wilson, M.D.
850 East Harvard Ave, #355
Denver, CO 80210

C201PAR066

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW