PLEASE
DO NOT
STAPLE
IN THIS
AREA

CROSS, SANDS & SARES PC
SUITE 900
400 S COLO BLVD
GLENDALE CO 80246

CARRIER

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|

1a. INSURED'S I.D. NUMBER: 522637095

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): Gates   John

3. PATIENT'S BIRTH DATE: 03 04 1982   SEX: M

4. INSURED'S NAME (Last Name, First Name, Middle Initial): Gates   John

5. PATIENT'S ADDRESS (No., Street): 13690 HWY 291

6. PATIENT RELATIONSHIP TO INSURED: Self [ ] Spouse [X] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street): 13690 HWY 291

CITY: SALIDA   STATE: CO

8. PATIENT STATUS: Single [ ] Married [ ] Other [ ]
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

CITY: SALIDA   STATE: CO

ZIP CODE: 81201   TELEPHONE (Include Area Code): (970) 539-1123

ZIP CODE: 81201   TELEPHONE (INCLUDE AREA CODE): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER:

a. OTHER INSURED'S POLICY OR GROUP NUMBER:

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [ ]

a. INSURED'S DATE OF BIRTH: 03 04 1982   SEX: M [X]

b. OTHER INSURED'S DATE OF BIRTH: MM DD YY   SEX: M [ ] F [ ]

b. AUTO ACCIDENT? YES [ ] NO [ ]   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME:

c. EMPLOYER'S NAME OR SCHOOL NAME:

c. OTHER ACCIDENT? YES [ ] NO [ ]

c. INSURANCE PLAN NAME OR PROGRAM NAME: CROSS, SANDS & SARES PC

d. INSURANCE PLAN NAME OR PROGRAM NAME:

10d. RESERVED FOR LOCAL USE:

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [ ]   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED: Signature on File   DATE: 09/20/04

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED: Signature on File

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE:

17a. I.D. NUMBER OF REFERRING PHYSICIAN:

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM 12 12 03   TO MM DD YY

19. RESERVED FOR LOCAL USE:

20. OUTSIDE LAB? YES [ ] NO [ ]   $ CHARGES: 1.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 87342
2. 7840
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | | To MM DD YY | | | | | | | | | | | | |
| 1 | | | | | | | | MEDICOLEGAL TESTIMONY (PER HOUR) | | | | | | | | |
| 2 | 09 19 04 | | | | | 11 | 0 | 99901 CONFERENCE, MEDICOLEGAL | | 1,2 | 312.50 | 1.0 | | | | |
| | | | | | | | | EACH 15 MIN | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER: 841238486   SSN [ ] EIN [ ]

26. PATIENT'S ACCOUNT NO.: 629336,0

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [X] NO [ ]

28. TOTAL CHARGE: 3845.00

29. AMOUNT PAID: .00

30. BALANCE DUE: 3845.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED: Vashot Denton M   DATE: 09/20/04

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office): POTOMAC OFFICE 830 POTOMAC, SUITE 290 AURORA CO 80011

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #: COLORADO REHAB & OCC MEDICINE PO BOX 31207 AURORA CO 80041-0207

PIN#   GRP#

DEFENDANT'S EXHIBIT

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0008 FORM CMS-1500 (12-90)   FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP-1500   APPROVED OMB-0720-0001 (CHAMPUS)

PATIENT AND INSURED INFORMATION