

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

| Description | From Date | To Date | Invoice # | Invoice Amt | Amount |
|---|---|---|---|---|---|
| Legal | 9/19/2004 | 9/19/2004 | 629356.0 | $3,845.00 | $3,845.00 |

Claim Number: C201PAR066   Claimant: JOHN GATES   Payee: COLO. REHABILITATION AND OCCUPATIONAL MEDICINE LLC
Check Number: 209815   Event Date: 6/8/2001   Department: CPAR Park County
Memo: C201PAR066

PLEASE DETACH VOUCHER BEFORE DEPOSITING CHECK



**Colorado Counties Casualty & Property Pool**
Administered by County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, Colorado 80203

23-7 / 1020

WELLS FARGO BANK WEST, N.A.
1740 Broadway Street
Denver, Colorado 80274

No.

Check Date: 9/30/2004   Check Number: 209815

NOT VALID 6 MONTHS AFTER CHECK DATE

Three Thousand Eight Hundred Forty-Five and 00/100 Dollars************

Check Amount: **$3,845.00**

PAY TO THE ORDER OF
COLO. REHABILITATION AND OCCUPATIONAL MEDICINE LLC
P.O. BOX 31207
AURORA, CO 80041

C201PAR066

I certify that all cost items are correct and have been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

Respectfully submitted this 22nd day of October 2004.

By: _____
Jonathan A. Cross
Sean J. Lane
Cross, Sands & Sares, P.C.
400 So. Colorado Blvd., Suite 900
Glendale, Colorado 80246
(303) 333-4122

ATTORNEYS FOR DEFENDANT CARL SHARP

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2004, a true and correct copy of the foregoing **BILL OF COSTS** was deposited in the United States mail, postage prepaid and addressed to the following:

E. Ronald Beeks, Esq.
Box 459
Evergreen, Colorado 80437